1054

No. 1671, Misc. TURPIN v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 1676, Misc. PREWITT v. ARIZONA EX REL. EYMAN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied. *Gary K. Nelson,* Attorney General, and *Carl Waag,* Assistant Attorney General, for respondents State of Arizona et al.

No. 1680, Misc. NORTH v. CUPP, WARDEN. Sup. Ct. Ore. Certiorari denied. *Lawrence A. Aschenbrenner* for petitioner. *Lee Johnson,* Attorney General of Oregon, and *Jacob B. Tanzer,* Solicitor General, for respondent.

No. 1684, Misc. PEEBLES v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *H. Kowalchick* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.

No. 1690, Misc. NASH v. REINCKE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 1692, Misc. SCHIRO v. COX, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 1696, Misc. LENTO v. DELAWARE, LACKAWANNA & WESTERN RAILROAD Co. C. A. 2d Cir. Certiorari denied. *Lloyd W. Roberson* for respondent.

No. 1703, Misc. CARTANO v. UNITED STATES. C. A. 1st Cir. Certiorari denied. *Solicitor General Griswold* for the United States.